# Velva L. Price
## Travis County District Clerk
### Travis County Courthouse Complex
### P.O. Box 679003
### Austin, Texas 78767-9003



November 2, 2015


Mr. Jeffrey D. Kyle
Third Court of Appeals
P.O. Box 12547
Austin, Texas 78711-2547

**RE: 03-15-00617-CV;     D-1-GN-13-004070**

Dear Mr. Kyle,

A clerk's record in cause number, D-1-GN-13-004070 and Court of Appeals number 03-15-00617-CV, styled, DIANE WADE V DAVID'S LANDSCAPE, is due in your office November 2, 2015. This office has not received payment or a designation of clerk's record as of today, November 2, 2015.

Thank you for your consideration.

If you have any questions, please contact me at (512) 854-5835.

Sincerely,

Trish Winkler
Deputy Court Clerk II
(512) 854-4309

---